LAW OFFICES OF RODNEY
BRIDGERS, LLC

RODNEY P. BRIDGERS, JR., BAR NO. 9505
707 Richards Street, Ste. 526
Honolulu, Hawaii 96813
Telephone: (808) 536-3255
Facsimile: (808) 524-5593

LAW OFFICE OF
DAVID F. SIMONS

DAVID F. SIMONS, BAR NO. 2179-0
707 Richards Street, Ste. 526
Honolulu, Hawaii 96813
Telephone: (808) 536-3255
Facsimile: (808) 524-5593

Attorneys for Plaintiff
MALCOLM MACK

*Additional counsel on next page*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MALCOLM MACK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMPREHENSIVE HEALTH MANAGEMENT, INC. and WELLCARE HEALTH INSURANCE OF ARIZONA, INC.,<br><br>　　　　Defendants. | Civil No. 1:20-CV-00101-JMS-KJM<br><br>**THE PARTIES' JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY PLAINTIFF AGAINST DEFENDANTS; ORDER; CERTIFICATE OF SERVICE**<br><br>Trial:　　November 16, 2021 |

LITTLER MENDELSON P.C.
JUDY M. IRIYE (BAR NO. 010569)
2049 Century Park East, 5th Floor
Los Angeles, California  90067.3107
Telephone:  808.650.6064
Facsimile:   310.553.5583
jiriye@littler.com

LITTLER MENDELSON, P.C.
JENNIFER CHIEREK ZNOSKO
(*Pro Hac Vice MO 56842*)
LILLIAN T. MANNING
(*Pro Hac Vice MO 68432*)
600 Washington Avenue, Suite 900
St. Louis, MO 63101
Telephone:  314.659.2020
Facsimile:   314.659.2099
jznosko@littler.com
lmannting@littler.com

Attorneys for Defendants
COMPREHENSIVE HEALTH MANAGEMENT, INC. and
WELLCARE HEALTH INSURANCE OF ARIZONA, INC.

# THE PARTIES' JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY PLAINTIFF AGAINST DEFENDANTS

IT IS HEREBY STIPULATED by and among Plaintiff MALCOLM MACK ("Plaintiff") and Defendants COMPREHENSIVE HEALTH MANAGEMENT, INC. ("CHMI") and WELLCARE HEALTH INSURANCE OF ARIZONA, INC.'s ("WellCare") (collectively, "Defendants"), by and through their respective counsel, that all claims by Plaintiff against Defendants, set forth in Plaintiff's Complaint filed March 4, 2020 (Dkt. No. 1) and Plaintiffs' First Amended Complaint filed March 2, 2021 (Dkt. No. 65), are hereby dismissed with prejudice.  Each party is to bear his/its own attorneys' fees and costs.

This Stipulation has been signed by all parties, or their respective counsel, who have appeared in this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

THE PARTIES' JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY PLAINTIFF AS TO DEFENDANTS; ORDER; *Malcolm Mack v. Comprehensive Health Management, Inc.; WellCare Health Insurance of Arizona, Inc.*, Civ. No. 1:20-CV-00101-JMS-KJM.

3

Respectfully Submitted,

| | |
|---|---|
| DATED: | DATED: |
| Honolulu, Hawaii<br>August 4, 2021 | Kailua, Hawaii<br>August 6, 2021 |
| /s/ *Rodney P. Bridgers, Jr.* | /s/ *Judy M. Iriye* |
| Rodney P. Bridgers, Jr.<br>David F. Simons | Judy M. Iriye<br>Jennifer Chierek Znosko<br>Lillian T. Manning |
| Attorneys for Plaintiff<br>MALCOLM MACK | LITTLER MENDELSON, P.C.<br>Attorneys for Defendants<br>COMPREHENSIVE HEALTH<br>MANAGEMENT, INC. and<br>WELLCARE HEALTH INSURANCE<br>OF ARIZONA, INC. |

---

THE PARTIES' JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY PLAINTIFF AS TO DEFENDANTS; ORDER; *Malcolm Mack v. Comprehensive Health Management, Inc.; WellCare Health Insurance of Arizona, Inc.*, Civ. No. 1:20-CV-00101-JMS-KJM.

**APPROVED AND SO ORDERED.**

DATED: Honolulu, Hawaii, August 9, 2021



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

_____
THE PARTIES' JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY PLAINTIFF AS TO DEFENDANTS; ORDER; *Malcolm Mack v. Comprehensive Health Management, Inc.; WellCare Health Insurance of Arizona, Inc.*, Civ. No. 1:20-CV-00101-JMS-KJM

5